

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
Patrick Burns
Assistant United States Attorney
United States Attorney's Office, District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED CRIMINAL INDICTMENT |
| | 2:16-cr- /// |
| Plaintiff, | |
| | VIOLATIONS: |
| vs. | |
| | 26 U.S.C. § 7201 – EVASION OF PAYMENT OF TAX; |
| CRAIG P. ORROCK, | |
| | 26 U.S.C. § 7201 – EVASION OF ASSESSMENT OF TAX; and |
| Defendant. | |
| | 26 U.S.C. § 7212(a) – ATTEMPTS TO INTERFERE WITH ADMINISTRATION OF INTERNAL REVENUE LAWS |

**THE GRAND JURY CHARGES THAT:**

Count 1
26 U.S.C. § 7201
Evasion of Payment of Tax

That from on or about April 15, 2001, and continuing to at least on or about April 23, 2010, in the District of Nevada, CRAIG P. ORROCK, did willfully attempt to evade and defeat the payment of a large part of the income tax due and owing by him to the United States of America for the calendar years 2000 through 2006, by

filing false and fraudulent bankruptcy petitions; by falsely and fraudulently claiming theft loss deductions; by filing false and fraudulent amended tax returns; by filing a false and fraudulent Offer in Compromise with the IRS; by concealing and attempting to conceal from the Internal Revenue Service the nature and extent of his assets and the location thereof; by making false statements to agents of the Internal Revenue Service; by placing funds and property in the names of nominees; and, by placing funds and property beyond the reach of process.

All in violation of Title 26, United States Code, Section 7201.

Count 2
26 U.S.C. § 7201
Evasion of Assessment of Tax

That in or about February 2007, and continuing to at least on or about May 9, 2011, in the District of Nevada, CRAIG P. ORROCK, did willfully attempt to evade and defeat the assessment of a large part of the income tax due and owing by him to the United States of America for the calendar year 2007, by concealing both ownership of property he held through a nominee known as Arville Properties, LLC, and the proceeds from the sale of such property from the Internal Revenue Service, and thereby evading the proper assessment of his 2007 federal income taxes.

All in violation of Title 26, United States Code, Section 7201.

Count 3
26 U.S.C. § 7212(a)
Attempts to Interfere with Administration of Internal Revenue Laws

That beginning in or about 1993, and continuing thereafter at least up to and including April 23, 2010, in the District of Nevada, CRAIG P. ORROCK did

corruptly endeavor to obstruct and impede the due administration of the Internal Revenue laws by filing false and fraudulent bankruptcy petitions; by hiding assets from the Internal Revenue Service; by submitting a false and fraudulent Offer In Compromise to the Internal Revenue Service; and, by submitting repetitious false and fraudulent letters to Internal Revenue Service collections agents.

All in violation of Title 26, United States Code, Section 7212(a).

**DATED:** this 12th day of April, 2016.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

Patrick Burns
Assistant United States Attorney