DANIEL G. BOGDEN
United States Attorney
Daniel R. Schiess
Assistant United States Attorney
Nevada Bar #5483
Federal Justice Tower
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 (Telephone)
(702 388-5087 (Fax)
Dan.Schiess@usdoj.gov

Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00111-JAD-CWH |
| Plaintiff, | MOTION UNDER LR IA 11.3 FOR DEPARTMENT OF JUSTICE TRIAL ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES. |
| vs. | |
| CRAIG P. ORROCK, | |
| Defendant. | |

The United States of America, by and through Daniel Schiess, Chief, Criminal Division, Assistant United States Attorney, respectfully moves, pursuant to LR IA 11.3, that the United States Department of Justice, Tax Division, Trial Attorney Erin Mellen, be permitted to appear before this Court in the above captioned case.

///

///

Ms. Mellen is employed by the United States as an attorney, and, in the course and scope of her employment, has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this the 1st day of December, 2016.

Respectfully Submitted,

/s/ Daniel R. Schiess
DANIEL R. SCHIESS
Chief, Criminal Division
Assistant United States Attorney

IT IS SO ORDERED: _____
UNITED STATES DISTRICT JUDGE

Dated:  12/5/2016