STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
DANIEL SCHIESS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336 (Telephone) / 702-388-6296 (Fax)
DSchiess@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00111-JAD-CWH |
| Plaintiff, | |
| vs. | MOTION UNDER LR IA 11.3 FOR DEPARTMENT OF JUSTICE TRIAL ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES. |
| CRAIG P. ORROCK, | |
| Defendants. | |

The United States of America, by and through Daniel Schiess, Chief, Criminal Division, Assistant United States Attorney, respectfully moves, pursuant to LR IA 11.3, that the United States Department of Justice, Tax Division, Trial Attorney Gregory D. Bernstein, be permitted to appear before this Court in the above captioned case. Mr. Bernstein is employed by the United States as an attorney, and,

in the course and scope of his employment, has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this the 5th day of June, 2017.

Respectfully Submitted,

*[signature]*
DANIEL SCHIESS
Chief, Criminal Division
Assistant United States Attorney

IT IS SO ORDERED: *[signature]*
UNITED STATES MAGISTRATE JUDGE

Dated: June 6, 2017