# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:16-cr-00111-JAD-CWH |
| vs. ) | **ORDER** |
| CRAIG P. ORROCK, ) | |
| Defendant. ) | |

Presently before the court is the United States of America's Unopposed Emergency Motion to Seal Exhibits A, D, and F, Attached to Defendant's Motion to Suppress and to Substitute a Redacted Version of Exhibit D (ECF No. 32), filed on June 12, 2017. The government requests that certain exhibits be sealed because they contain personal-data identifiers and that they exhibits be replaced with redacted versions.

Under Rule 49.1(a) of the Federal Rules of Criminal Procedure and Local Rule IC 6-1(a), parties must partially redact personal-data identifiers including Social Security numbers, names of minor children, dates of birth, financial account numbers, home addresses, and tax identification numbers. The court concurs with the government that the identified exhibits should be redacted to remove personal identifiers. However, due to technological limitations, the court cannot do as the government proposes and substitute the original exhibits with redacted versions. Instead, the court will direct the Clerk of Court to seal Defendant's motion to suppress in its entirety, and direct Defendant to re-file the motion to suppress with appropriate redactions to all exhibits for the public record. Defendant must comply with this order within 14 days.

IT IS THEREFORE ORDERED that the United States of America's Unopposed Emergency Motion to Seal Exhibits A, D, and F, Attached to Defendant's Motion to Suppress and to Substitute

a Redacted Version of Exhibit D (ECF No. 32) is GRANTED in part and DENIED in part as stated in this order.

IT IS FURTHER ORDERED that the Clerk of Court must maintain Defendant Craig P. Orrock's Motion to Suppress (ECF No. 23) under seal.

IT IS FURTHER ORDERED that within 14 days of the date of this order, Defendant must re-file his motion to suppress in its entirety with redactions as directed by this order.

IT IS FURTHER ORDERED that within 14 days of the date of this order, the government must show cause, in writing, why its Unopposed Emergency Motion to Seal Exhibits A, D, and F, Attached to Defendant's Motion to Suppress and to Substitute a Redacted Version of Exhibit D (ECF No. 32) should not be unsealed. If the government fails to show cause, this document will be unsealed.

DATED: June 14, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**