# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:16-cr-00111-JAD-CWH |
| vs. ) | **ORDER** |
| CRAIG P. ORROCK, ) | |
| Defendant. ) | |

Presently before the court is Defendant Craig Orrock's Ex Parte Motion to Seal Exhibits (ECF No. 52), filed on June 28, 2017. Defendant represents that the government does not oppose the motion.

Also before the court is the government's failure to respond to the court's order to show cause (ECF No. 38).

On June 14, 2017, the court entered an order granting the government's request to seal certain exhibits to Defendant's motion to suppress (ECF No. 23) because those exhibits contained personal-data identifiers that should have been redacted under Rule 49.1(a) of the Federal Rules of Criminal Procedure and Local Rule IC 6-1(a). (Order (ECF No. 38).) The court ordered the clerk of court to seal the motion to suppress (ECF No. 23) and further ordered Defendant to re-file the motion to suppress with appropriate redactions to all exhibits for the public record. (*Id.*) Defendant re-filed the motion to suppress in its entirety. (Mot. to Suppress (ECF Nos. 43-51).) The court also ordered the government to show cause, in writing, why its motion to seal (ECF No. 32) should not be unsealed. (*Id.*) The court stated that if the government failed to respond to the order to show cause, the motion would be unsealed. (*Id.*) The government did not respond. Defendant now moves to seal certain exhibits to his re-filed motion to suppress—Exhibit A to ECF No. 43, ECF No. 44, and ECF No. 51—on the grounds that they contain personal-data identifiers that were not redacted in compliance with the court's previous order.

Having read and considered the motion, and it good cause appearing,

IT IS ORDERED that Defendant Craig Orrock's Ex Parte Motion to Seal Exhibits (ECF No. 52) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must maintain Exhibit A to ECF No. 43 under seal, but must unseal the remainder of ECF No. 43 for the public record.

IT IS FURTHER ORDERED that the Clerk of Court must maintain ECF Nos. 44 and 51 under seal.

IT IS FURTHER ORDERED that Defendant must re-file redacted versions of Exhibit A to ECF No. 43, ECF No. 44, and ECF No. 51 for the public record within 14 days from the date of this order.

IT IS FURTHER ORDERED that the Clerk of Court must unseal the government's Unopposed Emergency Motion to Seal Exhibits A, D, and F (ECF No. 32) based on the government's failure to show cause why it should not be unsealed.

DATED: July 13, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**