MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No.(702) 385-3001
 Attorney for Defendant Craig Orrock

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | 2:16-cr-00111-JAD-CWH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION AS TO DEFENDANT'S MOTION TO DISMISS COUNT 2 OF THE INDICTMENT** |
| CRAIG ORROCK, | ) | |
| Defendant1. | ) | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, by and through Patrick Burns, Assistant United States Attorney, and Defendant Craig Orrock, by and through her counsel, Mace J. Yampolsky, Esq., that:

1.      Defendant Craig Orrock be granted an extension of time up through and including August 31, 2017 to file his Objections to the Report and Recommendation as to Defendant's Motion to Dismiss Count 2 of the Indictment.

2.      Counsel for Defendant Orrock was just recently retained in this case, and needs additional time to review the documents associated with this case.  In addition, counsel for Defendant Orrock is scheduled to start a jury trial in the case of *State of Nevada v. Willie Sampson,* Case No. 02C182432 on July 27, 2017, which is expected to last two weeks.

3.      The defendant is out of custody and agrees to this continuance.

4.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.    This is the first request to continue the time for Defendant to file his objections.

6.    Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

DATED this 25th day of July, 2017.

_____/s/ Patrick Burns_____          _____/s/ Mace J. Yampolsky_____
Patrick Burns                                                  Mace J. Yampolsky, Esq.
Assistant United States Attorney                    Counsel for Defendant Alvarez
Counsel for Plaintiff

2

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada  89101
(702) 385-9777;  Fax No.(702) 385-3001
  Attorney for Defendant Craig P. Orrock

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00111-JAD-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINDINGS OF FACT AND** |
| vs. | ) | **CONCLUSIONS OF LAW** |
| | ) | |
| CRAIG P. ORROCK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1.  Defendant Craig P. Orrock's, objections to the report and Recommendation on the Defendant's Motion to Dismiss Count 2 of the Indictment are due July 31, 2017.

2.  Counsel for Defendant Orrock was just recently retained in this case, and needs additional time to review the documents associated with this case.  In addition, counsel for Defendant Orrock is scheduled to start a jury trial in the case of *State of Nevada v. Willie Sampson,* Case No. 02C182432 on July 27, 2017, which is expected to last two weeks.

3.  Counsel for Defendant Orrock has spoken to Assistant United States Attorney Patrick Burns, who has no objection to extending this deadline until August 31, 2017.

4.  The defendant is out of custody and agrees to this extension of time.

3

5.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.  This is the first request to continue the time to file the objections.

7.  Defense and government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

## **ORDER**

IT IS THEREFORE ORDERED that Defendant Craig Orrock shall have up through and including August 31, 2017 to file his objections to the report and Recommendation on the Defendant's Motion to Dismiss Count 2 of the Indictment.

_____
UNITED STATES DISTRICT JUDGE
DATED: 7/25/2017

4