MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada  89101
(702) 385-9777;  Fax No.(702) 385-3001
Attorney for Defendant Craig Orrock

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00111-JAD-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| vs. | ) | **TIME TO FILE OBJECTIONS TO** |
| | ) | **REPORT AND RECOMMENDATION** |
| CRAIG ORROCK, | ) | **AS TO DEFENDANT'S MOTION TO** |
| | ) | **DISMISS COUNT 2 OF THE** |
| Defendant1. | ) | **INDICTMENT** |
| | ) | (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, by and through Patrick Burns, Assistant United States Attorney, and Defendant Craig Orrock, by and through his counsel, Mace J. Yampolsky, Esq., that:

1. Defendant Craig Orrock be granted an extension of time up through and including September 30, 2017 to file his Objections to the Report and Recommendation as to Defendant's Motion to Dismiss Count 2 of the Indictment.

2. Counsel for Defendant Orrock was retained in this case and, despite his best efforts, still needs additional time to review the voluminous tax and financial documents associated with this case.

3. The defendant is out of custody and agrees to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

1

5. This is the second request to continue the time for Defendant to file his objections.

6. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

DATED this 29th day of August, 2017.

_/s/ Patrick Burns_  
Patrick Burns  
Assistant United States Attorney  
Counsel for Plaintiff

_/s/ Mace J. Yampolsky_  
Mace J. Yampolsky, Esq.  
Counsel for Defendant Orrock

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No.(702) 385-3001
Attorney for Defendant Craig P. Orrock

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00111-JAD-CWH |
| Plaintiff, | ) | |
| vs. | ) | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| CRAIG P. ORROCK, | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Defendant Craig P. Orrock's, objections to the report and Recommendation on the Defendant's Motion to Dismiss Count 2 of the Indictment are due August 31, 2017.

2. Counsel for Defendant Orrock was recently retained in this case, and needs additional time to review the voluminous tax and financial documents associated with this case.

3. Counsel for Defendant Orrock has spoken to Assistant United States Attorney Patrick Burns, who has no objection to extending this deadline until September 30, 2017.

4. The defendant is out of custody and agrees to this extension of time.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the second request to continue the time to file the objections.

7. Defense and government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

**ORDER**

IT IS THEREFORE ORDERED that Defendant Craig Orrock shall have up through and including September 30, 2017 to file his objections to the report and Recommendation on the Defendant's Motion to Dismiss Count 2 of the Indictment.

_____
UNITED STATES DISTRICT JUDGE
DATED: 8/30/2017