PETER W. GUYON
Nevada Bar 6999
614 Newhouse Building
10 Exchange Place
Salt Lake City, UT 84111
Tel:   (801) 322-5555
Fax:   (801) 322-5558
peter@guyonlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
---ooo0ooo---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>CRAIG P. ORROCK,<br><br>Defendant. | Case No. 16-cr 0111-JAD-CWH<br><br><br><br>MOTION FOR LEAVE TO WITHDRAW<br>AS COUNSEL FOR DEFENDANT AND<br>MEMORANDUM IN SUPPORT<br>(UNOPPOSED) |

## MOTION

The undersigned moves the Court pursuant to LR IA 11-6 for leave to withdraw as counsel for Defendant Craig P. Orrock and in support hereof alleges as follows:

1. Nevada Criminal Defense attorney Mace Yampolsky has recently appeared as Defendant's counsel and currently represents Defendant in this case, making the undersigned's continued representation of Defendant unnecessary;

2. Defendant has requested that the undersigned withdraw as counsel in this case;

3. The undersigned's withdrawal will not result in a delay to any aspect of this case; and

4. The undersigned is advised that this motion will be unopposed.

1

MEMORANDUM

Local Rule IA 11-6 governs the withdrawal of attorneys from cases in the District of Nevada and states in pertinent part as follows:

> (b) No attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel.

The undersigned has complied with the service requirements of Local Rule IA 11-6. There is no reason for the undersigned to remain as counsel in view of the appearance of Mr. Yampolsky, Defendant has requested the withdrawal, and withdrawal will not affect the timing of any aspect of this case.

WHEREFORE, the undersigned, Peter W. Guyon, requests leave to withdraw as prayed.

DATED this 31st day of August, 2017.

/s/Peter W. Guyon
Peter W. Guyon, Attorney for Defendant

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED September 8, 2017

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned's MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT AND MEMORANDUM (UNOPPOSED) was electronically filed on the date first above written and thereby served upon the parties identified in the Court's CM/ECT system report via a Notice of Electronic Filing and by electronic mail to the following on the 31st day of August, 2017:

Patrick Burns, AUSA
Lloyd D. George United States Courthouse
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101

Erin S. Mellen, AUSA
United States Department of Justice
Tax Division
601 D Street, N.W.
P. O. Box 972
Washington, D.C. 20044

Mace J. Yampolsky
625 South Sixth Street
Las Vegas, NV 89101

And by U S Mail, First Class Postage prepaid, to the following:

Craig P. Orrock
177 East Hollow Bend
Sandy, UT 84070

/s/Peter W. Guyon
Peter W. Guyon, Attorney for Defendant