MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No.(702) 385-3001
Attorney for Defendant Craig Orrock

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,           ) 2:16-cr-00111-JAD-CWH
                                    )
         Plaintiff,                 )
                                    )
vs.                                 )
                                    )
CRAIG ORROCK,                       )
                                    )
         Defendant.                 )
_____)

**STIPULATION TO CONTINUE TIME TO FILE OBJECTION TO REPORT AND RECOMMENDATION AS TO DEFENDANT'S MOTION TO DISMISS COUNT 2 OF THE INDICTMENT (THIRD REQUEST)**
**AND**
~~**STIPULATION TO CONTINUE TIME TO FILE OBJECTION TO REPORT AND RECOMMENDATION AS TO DEFENDANT'S MOTION FOR A BILL OF PARTICULARS (FIRST REQUEST)**~~

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, by and through Patrick Burns, Assistant United States Attorney, and Defendant Craig Orrock, by and through her counsel, Mace J. Yampolsky, Esq., that:

1. Defendant Craig Orrock be granted an extension of time up through and including October 31, 2017 to file his Objection to the Report and Recommendation as to Defendant's Motion to Dismiss Count 2 of the Indictment, ~~and to file his Objection to the Report and Recommendation as to Defendant's Motion for a Bill of Particulars.~~

1

2. Counsel for Defendant Orrock was retained in this case and, despite his best efforts, still needs additional time to review the voluminous tax and financial documents associated with this case.

3. The defendant is out of custody and agrees to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the third request to continue the time for Defendant to file his objection relating to the Motion to Dismiss Count 2 of the Indictment

6. This is the first request to continue the time for Defendant to file his objection relating to the Motion for a Bill of Particulars.

7. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

DATED this 27th day of September, 2017.

| /s/ Patrick Burns | /s/ Mace J. Yampolsky |
|---|---|
| Patrick Burns | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | Counsel for Defendant Orrock |
| Counsel for Plaintiff | |

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No.(702) 385-3001
Attorney for Defendant Craig P. Orrock

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00111-JAD-CWH |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| CRAIG P. ORROCK, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Defendant Craig P. Orrock's objection to the Report and Recommendation on the Defendant's Motion to Dismiss Count 2 of the Indictment is due September 29, 2017.

2. Defendant Craig P. Orrock's objection to the Report and Recommendation on the Defendant's Motion for a Bill of Particulars is due October 25, 2017.

3. Counsel for Defendant Orrock was recently retained in this case, and needs additional time to review the voluminous tax and financial documents associated with this case.

4. Counsel for Defendant Orrock has spoken to Assistant United States Attorney Patrick Burns, who has no objection to extending both of these deadlines until October 31, 2017.

5. The defendant is out of custody and agrees to this extension of time.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is the third request to continue the time to file the objection relating to the Motion to Dismiss Count 2 of the Indictment.

8. This is the first request to continue the time to file the objection relating to the Motion for a Bill of Particulars.

9. Defense and government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

## **ORDER**

IT IS THEREFORE ORDERED that Defendant Craig Orrock shall have up through and including October 31, 2017 to file his objection to the Report and Recommendation on the Defendant's Motion to Dismiss Count 2 of the Indictment, ~~and to file his objection to the Report and Recommendation on the Defendant's Motion for a Bill of Particulars.~~

_____
UNITED STATES DISTRICT JUDGE
DATED: 10/2/2017