| | |
|---|---|
| MACE J. YAMPOLSKY, LTD. | |
| MACE J. YAMPOLSKY, ESQ. | |
| Nevada Bar No. 001945 | |
| 625 South Sixth Street | |
| Las Vegas, Nevada 89101 | |
| (702) 385-9777; Fax No.(702) 385-3001 | |
| Attorney for Defendant Craig Orrock | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00111-JAD-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| vs. | ) | **TIME TO FILE OBJECTION TO** |
| | ) | **REPORT AND RECOMMENDATION** |
| CRAIG ORROCK, | ) | **AS TO DEFENDANT'S MOTION TO** |
| | ) | **SUPPRESS ILLEGALLY OBTAINED** |
| Defendant1. | ) | **EVIDENCE** |
| | ) | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, by and through Patrick Burns, Assistant United States Attorney, and Defendant Craig Orrock, by and through his counsel, Mace J. Yampolsky, Esq., that:

1. Defendant Craig Orrock be granted an extension of time up through and including October 31, 2017 to file his Objection to the Report and Recommendation as to Defendant's Motion to Suppress Illegally Obtained Evidence.

2. Counsel for Defendant Orrock was just recently retained in this case, and needs additional time to review the documents associated with this case.

3. The defendant is out of custody and agrees to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

///

///

1

5. This is the first request to continue the time for Defendant to file his objection.

6. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

DATED this 16th day of October, 2017.

| /s/ Patrick Burns | /s/ Mace J. Yampolsky |
|---|---|
| Patrick Burns | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | Counsel for Defendant Alvarez |
| Counsel for Plaintiff | |

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No.(702) 385-3001
 Attorney for Defendant Craig P. Orrock

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00111-JAD-CWH |
| Plaintiff, | ) | |
| vs. | ) | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| CRAIG P. ORROCK, | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Defendant Craig P. Orrock's, objection to the Report and Recommendation on the Defendant's Motion to Suppress Illegally Obtained Evidence is due October 16, 2017.

2. Counsel for Defendant Orrock was just recently retained in this case, and needs additional time to review the documents associated with this case.

3. Counsel for Defendant Orrock has spoken to Assistant United States Attorney Patrick Burns, who has no objection to extending this deadline until October 31, 2017.

4. The defendant is out of custody and agrees to this extension of time.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first request to continue the time to file the objection.

7. Defense and government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

**ORDER**

IT IS THEREFORE ORDERED that Defendant Craig Orrock shall have up through and including October 31, 2017 to file his objections to the Report and Recommendation on the Defendant's Motion to Suppress Illegally Obtained Evidence.

_____
UNITED STATES DISTRICT JUDGE
DATED: 10/17/2017