# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:16-cr-00111-JAD-CWH |
| vs. ) | **ORDER** |
| CRAIG P. ORROCK, ) | |
| Defendant. ) | |

This matter is before the court on Defendant Craig P. Orrock's filing of redacted exhibits (ECF No. 71) on October 11, 2017.

The court previously ordered the Clerk of Court to seal various exhibits to Defendant's motion to suppress—Exhibit A to ECF No. 43, ECF No. 44, and ECF No. 51—on the grounds that those exhibits contained personal-data identifiers that were not properly redacted. (Order (ECF No. 54).) On two occassions, Defendant was ordered to re-file redacted versions of those exhibits for the public record. (*Id.*; R&R (ECF No. 70) at 1, n.1.) Although Defendant filed a redacted version of Exhibit A to ECF No. 43, Defendant has not filed redacted versions of ECF No. 44 or ECF No. 51. Defendant must do so by October 30, 2017.

IT IS SO ORDERED.

DATED: October 23, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**