UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CRAIG P. ORROCK,

Defendant.

Case No. 2:16-cr-00111-JAD-CWH

**ORDER**

Presently before the court is pro se defendant Craig P. Orrock's motion for leave to file electronically (ECF No. 97), filed on May 31, 2018. The government did not file a response.

Having read and considered the motion, and good cause appearing, the court will grant Orrock's request under Local Rule IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case." For the purpose of this rule, a "filer" is defined as "a person who is issued a login and password to file documents in the court's electronic filing system." LR IC 1-1(b).

IT IS THEREFORE ORDERED that defendant Craig P. Orrock's motion for leave to file electronically (ECF No. 97) is GRANTED. Defendant must comply with the following procedures to activate his CM/ECF account:

(1) By **August 17, 2018**, defendant must file a written certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Defendant is advised that he is not authorized to file electronically until this certification is filed with the court within the time frame specified.

/ / /

(2) After timely filing the certification, defendant must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED: July 19, 2018

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**