# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00111-JAD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| CRAIG ORROCK, | |
| Defendant. | |

Presently before the court is defendant Craig Orrock's Second Request to Issue Trial Subpoenas (ECF No. 163), filed on January 30, 2019.

Orrock requests the issuance of seven trial subpoenas in blank, but he does not provide any legal authority permitting this practice. The court therefore will deny the motion without prejudice under Local Criminal Rule 47-3, which provides that failure to include points and authorities in support of a motion constitutes a consent to denying the motion.

IT IS THEREFORE ORDERED that defendant Craig P. Orrock's Second Request to Issue Trial Subpoenas (ECF No. 163) is DENIED without prejudice.

DATED: February 7, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE