# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:16-cr-00111-JAD-CWH |
| Plaintiff | Order Re: Jury Meals and Lodging |
| v. | |
| Craig P. Orrock, | |
| Defendant | |

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

IT IS HEREBY ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

DATED: May 31, 2019

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE