UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff<br><br>v.<br><br>Craig P. Orrock,<br><br>　　　　Defendant | Case No.: 2:16-cr-00111-JAD-DJA<br><br>**Order Denying Motions as<br>Moot Due to Release**<br><br>[ECF No. 354, 355] |

　　　　While serving a 32-month custodial sentence at the Federal Prison Camp in Lompoc, California, Defendant Craig P. Orrock moved for compassionate release[1] and that motion was supplemented by counsel.[2] During the briefing on that request, the government learned that Orrock had been approved for release to home confinement by the Bureau of Prisons (BOP).[3] The government reported that Orrock was scheduled to leave the Lompoc institution for home confinement on October 30, 2020.[4] The court has been following Orrock's status closely, and the BOP website now reflects that Orrock is no longer in BOP custody.[5] IT IS THEREFORE ORDERED that **Orrock's Motions for Compassionate Release [ECF Nos. 354, 355] are DENIED** as moot.

　　　　Dated: November 2, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 354.
[2] ECF No. 355.
[3] ECF Nos. 364, 367.
[4] ECF No. 367.
[5] https://www.bop.gov/inmateloc/ for Craig P. Orrock (last visited 11/2/2020).