BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300

Attorney for Defendant
  CRAIG P. ORROCK

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CRAIG P. ORROCK, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 2:16-cr-00111-JAD-DJA<br><br>**STIPULATION TO CONTINUE<br>DUE DATE FOR DEFENDANT'S<br>RESPONSE TO GOVERNMENT'S<br>BRIEF REGARDING RESTITUTION**<br>**(First Request)**<br>ECF No. 379 |

    IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson,

United States Attorney, and Patrick Burns, Trial Attorney, Tax Division, U.S. Department of

Justice, counsel for the UNITED STATES OF AMERICA (hereinafter, "the Government"),

and Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP, counsel for

Defendant CRAIG P. ORROCK, that the Defendant shall have to and including June 2, 2022 in

which to file his Response to the Government's Brief Regarding Restitution.

    This Stipulation is entered for the following reasons:

    1.    On January 26, 2022, the U.S. Circuit Court of Appeals for the Ninth Circuit

entered a Memorandum ruling that the Court in the present case had erred in the imposition of

the Defendant's sentence with respect to restitution.  The Ninth Circuit vacated the Court's

restitution order and remanded "for resentencing limited to restitution alone".

2.      The Court entered its Order on Mandate on March 29, 2022.  On April 5, 2022, the Court appointed Richard J. Pocker, Esq. (the undersigned defense counsel) to represent Defendant ORROCK in connection with the contemplated proceedings regarding the Court's vacated restitution order.   The Court conducted a Status Conference on April 12, 2022, at which resentencing and disposition was set for June 13, 2022.  The Government was permitted to and including April 25, 2022 in which to file its brief regarding resentencing/restitution. Defendant ORROCK's response thereto is presently due on May 30, 2022.  The Government filed its Brief Regarding Restitution on April 19, 2022.

3.      May 30, 2022 is the federal holiday of Memorial Day, and Defendant ORROCK hereby requests that the due date for his response be extended to and including June 2, 2022. The Government has no objection to this request.  Should the Court grant the Defendant's request, it will have no impact on the currently scheduled June 13, 2022 proceeding, and it will serve the interests of justice by allowing Defendant ORROCK's counsel, relatively recently appointed, sufficient time to effectively file his response.  Defendant ORROCK is not presently in custody, and has no objection to this extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    4.    This is the first request for an extension of the deadline for Defendant ORROCK

2  to file his response to the Government's Brief Regarding Restitution.

3    DATED this 23rd day of May, 2022.

4  BOIES SCHILLER FLEXNER LLP            JASON M. FRIERSON
                                          UNITED STATES ATTORNEY
5

6  By: s/ Richard J. Pocker              By: s/ Patrick Burns
      RICHARD J. POCKER, ESQ.               PATRICK BURNS
7     Counsel for Craig P. Orrock           Trial Attorney – Tax Division
                                            United States Department of Justice
8

9

10                           **ORDER**

11    Based on the pending Stipulation of counsel, and good cause appearing,

12    IT IS FURTHER ORDERED that Defendant CRAIG P. ORROCK shall have to and

13  including June 2, 2022 in which to file his Response to the Government's Brief Regarding

14  Restitution.

15    DATED this 23d day of May, 2022.

16

17  _____

18  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

3