# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:16-cr-00111-JAD-DJA |
| v. | ) ECF No. 381 |
| CRAIG P. ORROCK, | ) |
| Defendant. | ) |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the resentencing hearing in the above-captioned matter, currently scheduled for June 13, 2022, at the hour of 1:30 p.m., be vacated and continued to July 25, 2022, at 3:00 p.m.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 6, 2022