BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300

Attorney for Defendant
  CRAIG P. ORROCK

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:16-cr-00111-JAD-CWH |
| | ) | |
| vs. | ) | **STIPULATION TO CONTINUE** |
| | ) | **DUE DATE FOR DEFENDANT'S** |
| CRAIG P. ORROCK, | ) | **RESPONSE TO GOVERNMENT'S** |
| | ) | **BRIEF REGARDING RESTITUTION** |
| Defendant. | ) | **(Second Request)** |
| | ) | |

     IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, Esq., United States Attorney, and Patrick Burns, Trial Attorney, Tax Division, U.S. Department of Justice, counsel for the UNITED STATES OF AMERICA (hereinafter, "the Government"), and Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP, counsel for Defendant CRAIG P. ORROCK, that the Defendant shall have to and including June 10, 2022 in which to file his Response to the Government's Brief Regarding Restitution.

     This Stipulation is entered for the following reasons:

     1.     On January 26, 2022, the U.S. Circuit Court of Appeals for the Ninth Circuit entered a Memorandum ruling that the Court in the present case had erred in the imposition of the Defendant's sentence with respect to restitution.  The Ninth Circuit vacated the Court's restitution order and remanded "for resentencing limited to restitution alone".

2.	The Court entered its Order on Mandate on March 29, 2022.  On April 5, 2022, the Court appointed Richard J. Pocker, Esq. (the undersigned defense counsel) to represent Defendant ORROCK in connection with the contemplated proceedings regarding the Court's vacated restitution order.  The Court conducted a Status Conference on April 12, 2022, at which resentencing and disposition was set for June 13, 2022.  The Government was permitted to and including April 25, 2022 in which to file its brief regarding resentencing/restitution.  Defendant ORROCK's response thereto is presently due on June 2, 2022.  The Government filed its Brief Regarding Restitution on April 19, 2022.

3.	Defendant ORROCK and his counsel hereby request that the due date for his response be extended to and including June 10, 2022.  The Government has no objection to this request.  The requested extension will not effect the present June 13, 2022 date, but the parties have separately stipulated to a short postponement of that hearing.  Should both stipulations be approved, this extension will be even less objectionable.

4.	Approval of the requested extension will serve the interests of justice, by allowing Defendant ORROCK to further recover from his surgery, and allowing his counsel (only recently appointed) to be more familiar with the history and nuances of the present case.  Defendant ORROCK is not presently in custody, and has no objection to the extension.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5.    This is the second request for an extension of the deadline for Defendant ORROCK to file his response to the Government's Brief Regarding Restitution.

DATED this 1st day of June, 2022.

BOIES SCHILLER FLEXNER LLP          JASON M. FRIERSON
                                     UNITED STATES ATTORNEY

By: s/ Richard J. Pocker                By: s/ Patrick Burns
    RICHARD J. POCKER, ESQ.               PATRICK BURNS
    Counsel for Craig P. Orrock          Trial Attorney – Tax Division
                                         United States Department of Justice

### ORDER

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS FURTHER ORDERED that Defendant CRAIG P. ORROCK shall have to and including June 10, 2022 in which to file his Response to the Government's Brief Regarding Restitution.

DATED: June 6, 2022.

_____
UNITED STATES DISTRICT JUDGE