**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Craig P Orrock
Case No.: 2:16CR00111

**<u>REQUEST TO TRANSFER JURISDICTION</u>**

August 30, 2022

TO:   The Honorable Jennifer A. Dorsey
    United States District Judge

On October 22, 2019, Your Honor sentenced Orrock to a term of thirty-two (32) months imprisonment followed by three (3) years of supervised release for the offense(s) of Evasion of Payment of Tax, Evasion of Assessment of Tax, and Attempts to Interfere with Administration of Internal Revenue Laws. On January 12, 2022, Orrock commenced supervision in the District of Utah.

Orrock has no intention of returning to the District of Nevada. As such, the District of Utah respectfully requests that jurisdiction be transferred from the District of Nevada to the District of Utah. If your Honor is in agreement, the Probation 22 form is attached for your signature.

Please contact the undersigned officer at Briana_Casey@nvp.uscourts.gov or (702) 527-7266 with any questions or concerns.

Respectfully submitted,

_____
Briana Casey
United States Probation Officer Assistant

Approved:

_____
Joy Gabonia
Supervisory United States Probation Officer

| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| (Rev. 2/88) | | 2:16CR00111 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Craig P Orrock | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Jennifer A. Dorsey | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/12/2022 | TO 1/11/2025 |

OFFENSE
26 U.S.C. 7201 Evasion of Payment of Tax;
26 U.S.C. 7201 Evasion of Assessment of Tax; and
26 U.S.C. Attempts to Interfere with Administration of Internal Revenue Laws

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Nevada

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Utah  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/8/2022
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Utah

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*      *United States District Judge*